UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
                                                    )
DANI ALEXANDER MARROQUIN LORENZO                    )
          Plaintiff(s),                             )
                                                    )
v.                                                  )          Civil Action No. 26-12341-JEK
                                                    )
                                                    )
ANTONE MONIZ, PATRICIA HYDE, DAVID                  )
J. VENTURELLA, MARKWAYNE MULLIN                     )
and TODD BLANCHE                                    )
          Defendant(s).                             )
                                                    )
_____  )

## JUDGMENT

**KOBICK, D.J.**

☐    Jury Verdict. This action came before the court for a trial by jury. The issues have been
     tried and the jury rendered its verdict.

☒    Decision by the Court: In accordance with the Court's Memorandum & Order dated May
     27, 2026, [ECF 7], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. §
     2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Dani Alexander Marroquin Lorenzo.


 Dated:  June 2, 2026

                                        /s/ Haley Currie
                                        _____

                                        Deputy Clerk